IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 1:24-412 |
| ) | 18 U.S.C. § 1344 (2) |
| ) | 18 U.S.C. § 2 |
| vs. ) | |
| ) | |
| ) | |
| **THOMAS ALLEN BATEMAN, JR.** ) | **INDICTMENT** |

THE GRAND JURY CHARGES:

At all times relevant to this Indictment:

## BACKGROUND

1. M.C. was a resident of Aiken County, South Carolina.

2. M.C. was born on February 1, 1933, and died on January 5, 2022. M.C. was 88 years old when she died.

3. M.C. was preceded in death by her husband, J.C., who died on December 10, 2012.

4. M.C. resided at the Cumberland Village community from shortly after her husband's death until May 2018. From May 2018 until her death in January 2022, M.C. resided at the Shadow Oaks Assisted Living Facility.

5. M.C. executed a will on October 17, 2001 (2001 will) with the assistance of Attorney W.R.M., a person known to the grand jury. The 2001 will stipulated that if M.C. was not survived by her husband J.C., all of her assets would be left to various friends and charitable organizations.

6. M.C.'s financial assets were held in deposit and investment accounts at Security Federal Bank, Bank of America, and Merrill Lynch. Each bank's funds are insured by the Federal Deposit Insurance Corporation (FDIC).

7. **THOMAS ALLEN BATEMAN, JR.** was a resident of Aiken County, South Carolina, and served as the Power of Attorney for M.C. from June 27, 2019, until she died on January 5, 2022.

8. C.L.A., a person known to the grand jury, was a resident of Aiken County, South Carolina, and is the owner and director of the George Funeral Home.

SCHEME AND ARTIFACE TO DEFRAUD

9. Beginning at a date unknown to the grand jury, but at least since on or about June 27, 2019, through on or about April 5, 2022, the defendant, **THOMAS ALLEN BATEMAN, JR.**, intentionally devised and intended to devise a scheme and artifice to defraud, to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of a financial institution by means of materially false and fraudulent pretenses, representations, and promises, by manipulating and enticing M.C. to sign a will which left all her assets to **THOMAS ALLEN BATEMAN, JR.**, and designated C.L.A. as the personal representative of M.C.'s estate when M.C. was incapable of making a knowing, intelligent, and voluntary determination regarding disposition of her assets because of mental defect or infirmity.

## MANNER AND MEANS

It was part of the scheme that:

10. C.L.A. obtained a form will with blanks that could be filled in electronically or written by hand.

11. C.L.A. edited the new will (2020 will) to reflect that all of M.C.'s property and assets, real and personal, would go exclusively to **THOMAS ALLEN BATEMAN, JR.**

12. The 2020 will designated C.L.A. as the personal representative of M.C.'s estate.

13. Sometime between on or about May 1, 2020, through on or about September 30, 2020, **THOMAS ALLEN BATEMAN, JR.**, transported M.C. from Shadow Oaks Assisted Living to the George Funeral Home.

14. Once M.C. arrived at the George Funeral Home, she remained in the front seat of **THOMAS ALLEN BATEMAN, JR.'s** vehicle outside. C.L.A. asked three employees of the George Funeral Home -- K.H.C, L.H., and E.F. -- to come outside and witness the signing of a document. However, C.L.A. did not tell the three employees what they were witnessing. The three employees witnessed an elderly woman sign an unknown document.

15. On or about January 6, 2022, the day after M.C.'s death, C.L.A. instructed an employee of the George Funeral Home, E.R.T., to deliver the 2020 will to the Hull Barrett law firm to begin the probate process.

16.     The 2020 will delivered to Hull Barrett contained a signature purporting to be that of M.C. The 2020 will left the entirety of M.C.'s estate to the defendant, **THOMAS ALLEN BATEMAN, JR.**

## COUNT ONE
### Bank Fraud

17.     Paragraphs 1 through 16, above, are incorporated herein by reference as setting forth a scheme and artifice to defraud.

18.     Beginning at a date unknown to the grand jury, but at least since on or about June 27, 2019, through on or about April 5, 2022, in the District of South Carolina, the defendant, **THOMAS ALLEN BATEMAN, JR.**, did knowingly attempt to obtain the moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of a financial institution, Security Federal Bank, by means of false and fraudulent pretenses, representations, and promises, in that **THOMAS ALLEN BATEMAN, JR.**, did cause the generation of the 2020 will, transferring the assets of M.C. to himself, and abrogating the terms of the 2001 will;

In violation of Title 18, United States Code, Sections 1344(2) and 2.

## COUNT TWO
Bank Fraud

19. Paragraphs 1 through 16, above, are incorporated herein by reference as setting forth a scheme and artifice to defraud.

20. Beginning at a date unknown to the grand jury, but at least since on or about June 27, 2019, through on or about April 5, 2022, in the District of South Carolina, the defendant, **THOMAS ALLEN BATEMAN, JR.**, did knowingly attempt to obtain the moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of a financial institution, Bank of America, by means of false and fraudulent pretenses, representations, and promises, in that **THOMAS ALLEN BATEMAN, JR.**, did cause the generation of the 2020 will, transferring the assets of M.C. to himself, and abrogating the terms of the 2001 will;

In violation of Title 18, United States Code, Sections 1344(2) and 2.

A   __TRUE__   BILL

███████████

/s/ FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: /s/
Winston D. Holliday, Jr. (Fed ID #07597)
J. Scott Matthews (Fed. ID #13779)
Assistant United States Attorneys
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.:  803-929-3000
Fax:  803-254-2912
Email: Jonathan.Matthews2@usdoj.gov