RECORD OF GRAND JURY BALLOT

C/R  1:24-412

UNITED STATES OF AMERICA v. THOMAS ALLEN BATEMAN, JR., ET AL.

(SEALED UNTIL FURTHER ORDER OF THE COURT)