AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **APPEARANCE** |
| plaintiff | ) | |
| | ) | |
| v. | ) | |
| Thomas Allen Bateman, Jr. | ) | Case Number: 1:24-cr-412 |
| | ) | |
| defendant | ) | |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

THE DEFENDANT, Thomas Allen Bateman, Jr.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| June 5, 2024 | S/ Marion M. Moses |
| Date | Signature |
| | Marion M. Moses |
| | Print Name |
| | PO. Box 5615 |
| | Address |
| | Columbia      SC      29250 |
| | City      State      Zip Code |
| | 803-771-7011      803-771-7022 |
| | Phone Number      Fax Number |