# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.: 1:24-CR-00412 |
| | ) | |
| | ) | **MOTION FOR DISCLOSURE** |
| | ) | **OF INTENT TO USE** |
| | ) | **EVIDENCE OF OTHER** |
| vs. | ) | **CRIMES, WRONGS, OR ACTS** |
| | ) | **UNDER FEDERAL RULES OF** |
| | ) | **EVIDENCE 404(B)** |
| Thomas Allen Bateman, Jr, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The Defendant, Thomas Allen Bateman, Jr, through his undersigned attorney, does hereby move the Court, pursuant to Federal Rules of Evidence, Rule 404(b), for an Order requiring the Government to disclose its intent to use any evidence of other crimes, wrongs, or acts as proof of motive, opportunity, intent preparation, plan, knowledge, identity, absence of mistake, accident, or any other purpose. In this regard, the Government should specify the particular crime, wrong, or act to be used and the particular theory upon which it is admissible.

                                            Respectfully submitted,

                      By:    /s/ Marion M. Moses_____
                               Marion M. Moses (Federal ID No. 10024)
                               LAW OFFICE OF MARION M MOSES, LLC
                               PO Box 5615
                               Columbia, South Carolina 29250
                               (803) 771-7011

June 24, 2024

Columbia, South Carolina